1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[PROPOSED] ORDER GRANTING JLI'S**<br>) **SECOND MOTION TO DISMISS WITH**<br>) **PREJUDICE NON-COMMUNICATING**<br>) **PLAINTIFFS' CLAIMS**<br>) |
| *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>)<br>) |

20
21
22
23
24
25
26
27
28

1       Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss With Prejudice Non-

2   Communicating Plaintiffs' Claims identified in Exhibit A in the above referenced, consolidated

3   actions.   Having considered the Motion, seeing no opposition, and with good cause appearing

4   therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by all

5   plaintiffs identified in Exhibit A with prejudice.

6    IT IS SO ORDERED.

7    Dated: October 27, 2023

8

9

10                                The Honorable William H. Orrick
                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER              CASE NO. 3:19-md-02913

# Exhibit A

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 1 | 3:22-cv-04018 | Cunningham, James | *James Cunningham v. JUUL Labs, Inc.* | Pulaski Kherkher, PLLC |
| 2 | 3:22-cv-07588 | Guerrero, Keyley | *Guerrero v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 3 | 3:22-cv-4029 | Reardon, Emily | *Estate of Emily Reardon, James Reardon Administrator v. JUUL Labs, Inc.* | Cooper Elliott |